

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CV-13-627

| | |
|---|---|
| | **Opinion Delivered** January 8, 2014 |
| FARON LEWALLEN | APPEAL FROM THE SEBASTIAN COUNTY CIRCUIT COURT, FORT SMITH DISTRICT [JV-2011-587] |
| APPELLANT | |
| V. | |
| | HONORABLE JIM D. SPEARS, JUDGE |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES and MINOR CHILD | |
| | AFFIRMED; MOTION TO WITHDRAW GRANTED |
| APPELLEES | |

## RHONDA K. WOOD, Judge

This is a no-merit appeal from an order terminating Faron Lewallen's parental rights to his child, B.L. Lewallen's appellate counsel has filed a brief and motion to withdraw under *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Ark. Sup. Ct. R. 6-9(i) (2013). Lewallen was given an opportunity to file pro se points but has declined to do so. We affirm and grant counsel's motion because there is no meritorious basis for an appeal.

B.L. entered the Department of Human Services's custody after Lewallen was driving drunk with B.L. in the car. The juvenile court established Lewallen's paternity and adjudicated B.L. dependent-neglected. B.L.'s mother consented to

SLIP OPINION

the termination of her parental rights, and the court held a termination hearing regarding Lewallen's parental rights 19 months after B.L. came into care. There, it was established that Lewallen was a sex offender, was homeless, had no income, and had failed to admit that he had a drinking problem. Accordingly, the court terminated his parental rights.

Counsel has complied with our requirements for no-merit termination cases. The brief addresses the adverse rulings and termination order and adequately explains why there is no arguable basis to appeal these decisions. After examining the record we agree that an appeal would be meritless. We therefore affirm by memorandum opinion, *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985), and grant the motion to withdraw.

Affirmed; motion to withdraw granted.

HARRISON and GRUBER, JJ., agree.

*Deborah R. Sallings*, Arkansas Public Defender Commission, for appellant.

No response.